IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>    Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>    Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff , through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.3, NDGa., hereby states that:

1.    The undersigned counsel of record certifies that the following is a full and complete list of all Plaintiff parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   *1. Plaintiff Michael Aerts*
   *2. Defendant Trystar Enterprises, LLC*

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent

corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*None other than the parties listed in Section 1, supra.*

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| *For the Plaintiff*: | V. Severin Roberts |
| | Patrick J. Reid |
| *For the Defendant*: | Ian E. Smith |
| | Whitney M. DuPree |

Respectfully submitted on the 13th day of June, 2023.

**BARRETT & FARAHANY**

*s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
Patrick J. Reid
Georgia Bar No.

*Counsel for Plaintiff*

P.O. Box 530092
Atlanta, GA 30353
(404) 537-4171
severin@justiceatwork.com
patrick@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>  Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>  Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed *Plaintiff's Certificate of Interested Persons* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted the 13th day of June 2023.

**BARRETT & FARAHANY**

*s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504