IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL AERTS,

    Plaintiff,

v.

TRYSTAR ENTERPRISES, LLC

    Defendant.

Civil Action
No. 1:23-cv-1547-AT-CCB


JURY TRIAL DEMANDED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the *Plaintiff's Initial Disclosures* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 25th day of August, 2023.

**BARRETT & FARAHANY**

*s/V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504