IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## ORDER

The above-styled case is presently before the Court on the *Consent Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment.* After careful consideration, the Motion is GRANTED. Plaintiff shall have up to and including February 6, 2024 to respond to Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED**, this 19th day of January, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE