IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>    Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>    Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## CONSENT MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Michael Aerts ("Plaintiff"), by and through his undersigned counsel and respectfully seeks leave of the Court to exceed the page limit for his Response to Defendant's Motion for Summary Judgment by five (5) pages. In support of this motion, Plaintiff shows the Court as follows:

1. Defendant's Motion for Summary Judgment [Doc. 24] raises complex issues regarding pretext and whether Plaintiff engaged in protected activity. In order to address these issues, Plaintiff must address a somewhat greater-than-usual number of legal and factual issues.

2. In order to address these numerous complex issues in a manner that assists this Court in reaching its decision, Plaintiff respectfully requests a page extension of five (5) pages up to a total of 30 pages.

1

3. Plaintiff's counsel has conferred with Defendant's counsel regarding the requested extension of the page limit. Defendant consents to the requested page extension.

4. A Proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 6th day of February 2024.

**BARRETT & FARAHANY**

/s/ *Benjamin A. Stark*
Benjamin A. Stark
Georgia Bar No. 601867

*Attorney for Michael Aerts*

P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
bstark@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>    Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>    Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## ORDER

The above-styled case is presently before the Court on the *Consent Motion to Exceed Page Limit for Plaintiff's Response to Defendant's Motion for Summary Judgment.* After careful consideration, the Motion is GRANTED. Plaintiff's Response to Defendant's Motion for Summary Judgment may be up to 30 pages in length.

IT IS SO ORDERED, this ___ day of _____ 2024.

_____
THE HONORABLE CHRISTOPHER C. BLY
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL AERTS,<br><br>    Plaintiff,<br><br>v.<br><br>TRYSTAR ENTERPRISES, LLC<br><br>    Defendant. | Civil Action<br>No. 1:23-cv-1547-AT-CCB<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Consent Motion to Exceed Page Limit for Plaintiff's Response to Defendant's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 6th day of February 2024.

**BARRETT & FARAHANY**

/s/ *Benjamin A. Stark*
Benjamin A. Stark
Georgia Bar No. 601867